COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS

 

 


 
 
  
 PECOS RENEWABLE ENERGY, LLC,
  
 Appellant,
  
 v.
  
 JASPER COUNTY,
  
 Appellee.
  
  
 
 
 '
    
 '
    
 '
    
 '
    
 '
    
  '
 
  
 
 
  
                   No. 08-11-00261-CV
  
 Appeal from the
  
 112th
 Judicial District Court
  
 of
 Pecos County, Texas 
  
 (TC# P10860-112-CV)
 
  
 
 


 

MEMORANDUM
OPINION

 

Having settled
their dispute, the parties filed a joint motion to dismiss this appeal.  See Tex.R.App.P. 42.1(a)(2).  The motion is granted.  In accordance with the parties= agreement, the entire case is
dismissed with prejudice, and costs of appeal are assessed against the party
incurring same.  See Tex.R.App.P. 42.1(d).

 

 

March 14, 2012

                                                                        CHRISTOPHER
ANTCLIFF, Justice

 

Before McClure, C.J., Rivera, and Antcliff,
JJ.